GARY DAVIS (SBN 098792)
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: (828) 622.0044
Fax: (828) 398.0435
Email: gadavis@enviroattorney.com

JAMES M. BIRKELUND (SBN 206328)
Law Offices of James Birkelund
548 Market St., # 11200
San Francisco, CA 94105
Telephone: (415) 602.6223
Fax: (415) 789.4556
Email: james@birkelundlaw.com

RACHEL S. DOUGHTY (SBN 255904)
Greenfire Law
1202 Oregon St.
Berkeley, CA 94702
Telephone: (828) 424.2005
Email: rdoughty@greenfirelaw.com

Attorneys for Plastic Pollution Coalition,
a project of Plaintiff Earth Island Institute

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>    Plaintiff,<br><br>vs.<br><br>AMCOR RIGID PLASTICS USA, INC., and AMCOR RIGID PLASTICS USA, LLC,<br><br>    Defendants. | **Case No. 2:15-CV-00614-WBS-KJN**<br><br>**PARTIES' STIPULATION TO ENTRY OF CONSENT JUDGMENT AND [~~PROPOSED~~] ORDER**<br><br>Complaint Served: April 16, 2015<br>Judge: Hon. William B. Shubb<br><br>*(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)* |

WHEREAS, on March 24, 2016, the Parties lodged with this Court a proposed Consent Decree, signed by each (Dkt. 13-1) and simultaneously submitted the same to the U.S. Department of Justice pursuant to the requirements of the Clean Water Act, 33, U.S.C. § 1365(c)(3);

WHEREAS, on May 4, 2016, the U.S. Department of Justice filed with this Court a letter stating that "the United States has no objection the proposed consent decree;" (Dkt. 15)

WHEREAS, the [Proposed] Consent Decree lodged with this Court lacked a signature line for entry by this Court, which is the desired outcome of this case of each of the Parties;

THEREFORE: Counsel hereby stipulate to entry of the proposed Consent Decree by this Court on behalf of their respective clients, each of which signed and agreed to be bound by the terms of the [Proposed] Consent Decree prior to it being filed with this Court and reviewed by the U.S. Department of Justice.

Dated: May 23, 2016        GREENFIRE LAW

                           By:    __/s/ Rachel S. Doughty_____
                                  Rachel S. Doughty
                                  James M. Birkelund
                                  Gary Davis
                                  Attorneys for Plaintiff
                                  PLASTIC POLLUTION COALITION

Dated: May 23 , 2016       CASTELLÓN & FUNDERBURK, LLP

                           By:    /s/ Ruben A.Castellon
                                  Ruben A. Castellon
                                  Anna L. Le May
                                  Attorneys for Defendants
                                  AMCOR RIGID PLASTICS USA, INC.
                                  and AMCOR RIGID PLASTICS USA, LLC

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                           /s/ Rachel S. Doughty
                           Rachel S. Doughty

**ORDER OF ENTRY OF CONSENT DECREE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

The proposed Consent Decree lodged as docket entry 13-1, is adopted by this Court and by this Order shall be entered.

In accordance with the Consent Decree, all claims in the complaint are conditionally dismissed under Federal Rule of Civil Procedure 41(a)(2), with the Court retaining jurisdiction to enforce the Consent Decree. As the Consent Decree fully resolves this case, the Clerk of the Court is ordered to terminate this case.

APPROVED AND SO ORDERED.

Dated: May 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE